UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

FERNANDO GUTIERREZ,　　　　　) CV 10-0989-(CW)
　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　) JUDGMENT
　　v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
MICHAEL J. ASTRUE,　　　　　　 )
Commissioner of Social Security )
Administration,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　)
_____ )

　　　IT IS ADJUDGED that the decision of the Commissioner reversed and remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g).

DATED: August 31, 2011

　　　　　　　　　　　　　　　　 _____/s/_____
　　　　　　　　　　　　　　　　　　　　 CARLA WOEHRLE
　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE