LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| FERNANDO GUTIERREZ, ) | No.  EDCV 10-8960 CW |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner Of Social Security, ) | |
| ) | |
| Defendant. ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND ONE HUNDRED DOLLARS ($2,100.00) subject to the terms of the stipulation.

    DATE:  October 13, 2011

              _____/s/_____
               HON. CARLA M. WOEHRLE
               UNITED STATES MAGISTRATE JUDGE